**JAMES CHANG, MD**
**IN PROPER PERSON**
3144 John F. Kennedy Boulevard
Jersey City, New Jersey 07306

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE CO.; GEICO INDEMNITY CO.; GEICO GENERAL INSRUANCE COMPANY; AND GEICO CASUALTY CO., <br><br> Plaintiff, <br><br> vs. <br><br> JAMES K. CHANG, MD; JKC PAIN MGT, LLC; JAMES CHANG, MD, PC; DAVID C. ABRAMS, DC; DENNY A JULEWICZ, DC; JOHN P PIAZZA, DC; ANTHONY M PALUMBO, DC; AND DRS ABRAMS, PIAZZA & JULEWICZ DC, PLLC; <br><br> Defendants. | Case No.: 1:23-cv-01904-PKC-SJB <br><br><br> **STIPULATION TO EXTEND TIME IN WHICH TO RESPOND PLAINTIFFS' COMPLAINT** |

IT IS HEREBY STIPULATED and agreed by and between Defendants James K. Chang, MD, JKC Pain MGT, LLC, and James Chang, MD, PC ("Defendants"), and the attorneys for Plaintiffs, that the time within which the Defendants may file a responsive pleading to the Complaint be extended by thirty (30) days from April 8, 2023, to May 8, 2023.

Dated this 5th day of April, 2023.

| | |
|---|---|
| <br> By: __/s/____ James K. Chang_____ <br> James K. Chang, MD, in proper person <br> *In Proper Person for James K. Chang, MD, JKC Pain MGT, LLC, and James Chang MD, PC* | RIVKIN RADLER, LLP <br><br> By: __/s/ Qasim I. Haq_____ <br> Qasim I. Haq, Esq. <br> *Attorneys for Plaintiffs* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 5th day of April, 2023, a copy of the foregoing Stipulation was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.